UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHARON LOCKETT,

    Plaintiff,

v.                                                                    Case No. 5:10-cv-212-Oc-30GRJ

DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

## ORDER OF DISMISSAL

Plaintiff, an inmate at Lowell Annex, initiated this case by filing a *pro se* Civil Rights Complaint pursuant to 42 U.S.C. §1983. (Doc. 1). Plaintiff did not sign the complaint in accordance with Federal Rule of Civil Procedure 11 and the instructions accompanying the civil rights complaint form. Further, Plaintiff did not file a motion for leave to proceed as a pauper with supporting documents. Pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this case is dismissed without prejudice. See also 28 U.S.C. § 1914(a). Thus, the Complaint is hereby **DISMISSED**. The Clerk is directed terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 16, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

cc:   Sharon Lockett